UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Richard & Ruth Byer

Case No.: 19-28931/ABA
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___January 7, 2020___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
1460 Clover Avenue
Vineland, NJ
FMV - $223,000.00

Liens on property:
US Bank - $358,408.98

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:     /s/ Joseph D. Marchand, Chapter 7 Trustee
Address:  117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 19-28931-ABA
Richard D. Byer, Jr.                                        Chapter 7
Ruth A Byer
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2                Date Rcvd: Dec 05, 2019
                              Form ID: pdf905            Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2019.
db/jdb         +Richard D. Byer, Jr.,    Ruth A Byer,    1460 Clover Avenue,    Vineland, NJ 08361-6538
518497088      +ADP, LLC,    Wage Garnishments,    PO Box 221230,    El Paso, TX 79913-4230
518497089      +Alliance Rx Walgreens Prime,    ATTN: ACCOUNTING DEPT,    8350 South River Parkway,
                 Tempe, AZ 85284-2615
518497091      +Animal Clinic of Millville,    2430 West Main Street,    Millville, NJ 08332-5213
518517656      +Anna Deloros Byer,    16 Stagecoach Road,    Marmora, NJ 08223-1431
518497092       Avalon Recovery LLC,    2290 10th Avenue N., Suite 201,    Lake Worth, FL 33461-6609
518497093      +Bank of America,    PO Box 15284,    Wilmington, DE 19850-5284
518497094      +Ben's ProServe,    2800 Industrial Way #3,    Vineland, NJ 08360-1572
518497097      +Capital One NA,    c/o The Bureaus,    1717 Central Street,    Evanston, IL 60201-1507
518497103      +Debt Litigation Specialists Law Offices,    PMB #141,    8001 Castor Avenue,
                 Philadelphia, PA 19152-2701
518497104       Delaware Department of Transportation,    Delaware E-Z Pass Violations Center,    PO Box 697,
                 Dover, DE 19903-0697
518497105       Dental Care of Vineland,    1500 South Lincoln Avenue,    Vineland, NJ 08361-6610
518497106      +Enlightened Solutions,    4 East Jimmie Leeds Road,    Suite 3,    Galloway, NJ 08205-4465
518497107      +EnviroSafe Plumbing and Heating,    331 Husted Station Road,
                 Pittsgrove Township, NJ 08318-3804
518497108      +Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
518497114       LCA Collections,    Laboratory Corporation of America,    PO Box 2240,
                 Burlington, NC 27216-2240
518497112       Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
518497113      +Landis Sewerage,    1776 S. Mill Road,    Vineland, NJ 08360-6200
518497124     ++++MIDLAND FUNDING, LLC/SYNCHRONY BANK,    C/O MIA KIRITSIS, ESQUIRE,    1 RIVERFRONT PLZ STE 710,
                 NEWARK NJ 07102-5415
               (address filed with court: Midland Funding, LLC/Synchrony Bank,    c/o Mia Kiritsis, Esquire,
                 1037 Raymond Boulevard, Suite 710,    Newark, NJ 07102)
518497117      +Makes Cents, Inc.,    c/o Debt Recovery Solutions,    PO Box 9003,    Syosset, NY 11791-9003
518497118      +Master Holistic Formulations,    14000 S. Military Trail, Suite 204,
                 Delray Beach, FL 33484-2654
518497120       Merrick Bank Corporation,    c/o Phillips & Cohen Associates, Ltd.,    Mail Stop: 147,
                 1002 Justison Street,    Wilmington, DE 19801-5148
518497123      +Midland Funding, LLC,    c/o Jarrod Miller, Court Officer,    PO Box 218,
                 New Gretna, NJ 08224-0218
518497125      +Nationstar Mortgage,    Champion Mortgage Company,    c/o McCabe, Weisberg & Conway PC,
                 216 Haddon Avenue, Ste 201,    Westmont, NJ 08108-2818
518497126      +Omnia Diagnostics,    PO Box 2183,    Hicksville, NY 11802-2183
518497127       PAM, LLC-New Jersey E-ZPass,    PO BOX 1642,    Milwaukee, WI 53201-1642
518497128       Pinnacle Testing,    PO Box 732386,    Dallas, TX 75373-2386
518497129       Premier Orthopaedic Associates,    PO Box 2749,    Vineland, NJ 08362-2749
518497131      +Resurgent/LVNV Funding, LLC,    PO Box 98875,    Las Vegas, NV 89193-8875
518497132       Sheriff of Atlantic County,    4997 Unami Boulevard,    Mays Landing, NJ 08330-2017
518497133       Silver Cloud Financial Inc,    635 East Hwy 20 C,    Upper Lake, CA 95485
518497134       Specialized Loan Servicing, LLC,    PO Box 60535,    City of Industry, CA 91716-0535
518497135       Summit Detox,    PO Box 732138,    Dallas, TX 75373-2138
518497136       Transformations Treatment Center,    PO Box 301571,    Dallas, TX 75303-0001
518497138      +U.S. Bank, N.A.,    c/o Phelan Hallinan Diamond & Jones PC,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
518497137     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank, N.A.,    PO Box 790117,    Saint Louis, MO 63179-0117)
518497139      +Wawa/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2019 00:00:29     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2019 00:00:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518497087      +E-mail/Text: kmorgan@morganlaw.com Dec 06 2019 00:01:05     ABC Bail Bonds, Inc.,
                 c/o Morgan, Bornstein & Morgan,    1236 Brace Road, Ste K,    Cherry Hill, NJ 08034-3229
518497090      +E-mail/Text: bankruptcies@amerassist.com Dec 06 2019 00:01:19     AmerAssist AR Solutions,
                 445 Hutchinson Ave # 500,    Columbus, OH 43235-8616
518497096       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2019 00:15:06
                 Capital One Bank USA NA,    PO BOX 85015,    Richmond, VA 23285-5015
518497101       E-mail/Text: customercareus@creditcorpsolutionsinc.com Dec 05 2019 23:59:36
                 Credit Corp Solutions, Inc.,    63 East 11400 South #408,    Sandy, UT 84070
518497095      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 06 2019 00:14:23
                 Capital One Auto Finance,    PO Box 260848,    Plano, TX 75026-0848
518507064      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 06 2019 00:13:27
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518497098       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 06 2019 00:14:10
                 Capital One National Assoc.,    PO Box 26030,    Richmond, VA 23260-6030
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Dec 05, 2019
                              Form ID: pdf905            Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518497100      +E-mail/Text: bankruptcy@philapark.org Dec 06 2019 00:01:09     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
518497099       E-mail/Text: bankruptcy@philapark.org Dec 06 2019 00:01:09     City of Philadelphia,
                 PO Box 41818,    Philadelphia, PA 19101-1818
518497102      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 06 2019 00:14:20      Credit One Bank,
                 6801 South Cimarron Road,    Las Vegas, NV 89113-2273
518497109       E-mail/Text: kmorgan@morganlaw.com Dec 06 2019 00:01:05     Ford Motor Credit Company, LLC,
                 c/o Morgan, Bornstein & Morgan,    1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3269
518517651       E-mail/Text: cio.bncmail@irs.gov Dec 06 2019 00:00:00     IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518497110       E-mail/Text: bncnotices@becket-lee.com Dec 05 2019 23:59:49     Kohl's Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
518497111       E-mail/Text: bncnotices@becket-lee.com Dec 05 2019 23:59:50     Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
518497116      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 06 2019 00:13:38      LVNV Funding, LLC,
                 625 Pilot Road, Suite 2/3,    Las Vegas, NV 89119-4485
518497115       E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 06 2019 00:01:10      Liberty Mutual,
                 c/o CCS Payment Processing Center,    PO Box 55126,    Boston, MA 02205-5126
518497121      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 06 2019 00:14:10      Merrick Bank Corporation,
                 c/o Carson Smithfield, LLC,    PO Box 9216,
                 Old Bethpage, NY 11804-9016
518497119      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 06 2019 00:13:22      Merrick Bank Corporation,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
518497122      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 06 2019 00:00:27     Midland Funding,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
518497130      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 06 2019 00:01:10      Quest Diagnostics,
                 c/o CCS Payment Processing Center,    PO Box 55126,    Boston, MA 02205-5126
518498134      +E-mail/PDF: gecsedi@recoverycorp.com Dec 06 2019 00:14:57     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 23

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, for Credit
               Suisse First Boston Mortgage Securities Corp. Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric    Clayman    on behalf of Joint Debtor Ruth A Byer jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Eric    Clayman    on behalf of Debtor Richard D. Byer, Jr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Joseph   Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee, for
               Credit Suisse First Boston Mortgage Securities Corp. Et Al... kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```