Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–28931–ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard D. Byer Jr. | Ruth A Byer |
| 1460 Clover Avenue | 1460 Clover Avenue |
| Vineland, NJ 08361 | Vineland, NJ 08361 |

Social Security No.:
  xxx–xx–5900                              xxx–xx–5156

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 31, 2020</u>            <u>Andrew B. Altenburg Jr.</u>
                                           Judge, United States Bankruptcy Court